UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWSOME, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-07969-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person in detention at the Main Adult Detention Facility in Santa Rosa in Sonoma County, filed a *pro se* civil rights complaint. On November 14, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted a complete *in forma pauperis* (IFP) application or paid the filing fee. Dkt. No. 5. Plaintiff's IFP application was missing a Certificate of Funds signed by an authorized officer at the facility, and/or a copy of plaintiff's prisoner trust account statement showing transactions for the last six months. *Id.* The Clerk informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents nor communicated with the Court in any way.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either payment of the full filing fee or a complete IFP application.

**IT IS SO ORDERED.**

Dated: January 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge